IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:22-cv-00704-TJC-PDB

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

        Plaintiff,

vs.

JACQUELIN SMITH, TODD SMITH,
DALLAS PANTAZI n/k/a DALLAS
ROBINSON and STACY TAYLOR.

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ("Allstate"), by and through its undersigned counsel and pursuant to Local Rule 3.09, hereby notifies the Court that all claims pled by Allstate against Defendants, JACQUELIN SMITH, TODD SMITH, DALLAS PANTAZI n/k/a DALLAS ROBINSON and STACY TAYLOR in this action have been amicably resolved.

Filed this 25th day of July, 2022.

        */s/ Kelly L. Gillis*
        JANE ANDERSON
        Florida Bar No.: 045942
        Email: janderson@boydjen.com
        KELLY L. GILLIS
        Florida Bar No.: 68642
        Email: kgillis@boydjen.com

          Counsel for Plaintiff
          Boyd & Jenerette, P.A.
          201 N. Hogan St., Suite 400
          Jacksonville, FL 32202
          Tel:   (904) 353-6241
          Fax:  (904) 493-5657

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served a copy via electronic mail on Blair Butler, Esq., Law Offices of Ron Sholes, P.A., 637 Blanding Blvd. Ste. 4, Orange Park, FL 32073 (blair.butler@youhurtwefight.com), *Counsel for Defendants Jacquelin Smith and Todd Smith*. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Dallas Pantazi n/k/a Dallas Robinson, 19823 NW 71st Ave., Starke, FL 32091, and Stacy Taylor, 10341 NE 226th St., Fort McCoy, FL 32134.

          */s/ Kelly L. Gillis*
          Kelly L. Gillis (FBN 68642)